

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00600-CV

Anthony **GONZALES**,
Appellant

v.

**SELENA APARTMENTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025-CV-06113
Honorable Melissa Vara, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, this appeal is DISMISSED for want of prosecution. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED December 3, 2025.

_____
Lori I. Valenzuela, Justice